1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
SCOTT N. JOHNSON,                    )
10                                     )   2:06-cv-1038-GEB-KJM
                    Plaintiff,         )
11                                     )
          v.                           )   ORDER RE:  SETTLEMENT
12                                     )   AND DISPOSITION
JERALAYN MCARTHUR, et al.,            )
13                                     )
                    Defendants.        )
14 ─────────────────────────────────── )

15          On July 26, 2006, Plaintiff filed a Notice of Settlement in

16 which he states "the parties have settled this action" and

17 "[d]ispositional documents will be filed within (20) calendar days."

18 Therefore, a dispositional document shall be filed no later than

19 August 15, 2006.  Failure to respond by this deadline may be

20 construed as consent to dismissal of this action without prejudice,

21 and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure

22 to file dispositional papers on the date prescribed by the Court may

23 be grounds for sanctions.").

24          IT IS SO ORDERED.

25 Dated:  July 26, 2006

26
                              /s/ Garland E. Burrell, Jr.
27                            GARLAND E. BURRELL, JR.
                              United States District Judge
28